[No. 23050. *En Banc.* March 5, 1931.]

THE STATE OF WASHINGTON, *on the Relation of A. E. Mills, Plaintiff,* v. C. W. CLAUSEN, *as State Auditor, Respondent.*[1]

*Yantis & Brodie, Poe, Falknor, Falknor & Emory, Geo. E. Canfield,* and *Jas. E. Hall,* for relator.

*The Attorney General* and *E. W. Anderson, Assistant,* for respondent.

PER CURIAM.—The court is of the opinion that the issues here presented are identical with the issues involved in the case of *State ex rel. Banker v. Clausen,* 142 Wash. 450, 253 Pac. 805, and that the decision of the court in that case is wholly controlling here.

Therefore the writ is denied, and the action is dismissed.